[No. 68537-6-I.   Division One.   July 29, 2013.]

Noelee Loeffelbein, *Respondent*, v. The Employment
Security Department, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-34674-1, Mariane C. Spearman, J., entered
February 24, 2012. *Reversed* by unpublished opinion per
Dwyer, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68649-6-I.   Division One.   July 29, 2013.]

The State of Washington, *Respondent*, v. Steven Faausu,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-1-07657-8, Mariane C. Spearman, J., entered
April 19, 2012. *Affirmed* by unpublished opinion per Leach,
C.J., concurred in by Schindler and Dwyer, JJ.

[No. 68959-2-I.   Division One.   July 29, 2013.]

The State of Washington, *Respondent*, v. Julrar Jacob
Golevo, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 10-1-00898-0, David A. Kurtz, J., en-
tered June 5, 2012. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Cox and Schindler, JJ.

[No. 69026-4-I.   Division One.   July 29, 2013.]

James Bump, *Appellant*, v. Tak Chang et al., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-42957-3, James D. Cayce, J., entered June
4, 2012. *Affirmed* by unpublished opinion per Schindler, J.,
concurred in by Grosse and Becker, JJ.